## Final Administrative Removal Order

In removal proceedings under section 238(b) of the Immigration and Nationality Act

Event No: SPM1707000540

File Number 208 442 854
Date February 23, 2018

To: LUCILA NEREIDA MARTINEZ-VIVANCO

Address: FCI - Waseca 1000 University Drive SW Waseca, MINNESOTA, 56093
(Number, Street, City, State and ZIP Code)

Telephone: (507) 835-8972
(Area Code and Phone Number)

### ORDER

Based upon the allegations set forth in the Notice of Intent to Issue a Final Administrative Removal Order and evidence contained in the administrative record, I, the undersigned Deciding Officer of the Department of Homeland Security, make the following findings of fact and conclusions of law. I find that you are not a citizen or national of the United States and that you are not lawfully admitted for permanent residence. I further find that you have a final conviction for an aggravated felony as defined in section 101(a)(43)(U, B, D) of the Immigration and Nationality Act (Act) as amended, 8 U.S.C. 1101(a)(43)(U, B, D), and are ineligible for any relief from removal that the Secretary of Homeland Security, may grant in an exercise of discretion. I further find that the administrative record established by clear, convincing, and unequivocal evidence that you are deportable as an alien convicted of an aggravated felony pursuant to section 237(a)(2)(A)(iii) of the Act, 8 U.S.C. 1227(a)(2)(A)(iii). By the power and authority vested in the Secretary of Homeland Security, and in me as the Secretary's delegate under the laws of the United States, I find you deportable as charged and order that you be removed from the United States to:
Mexico

or to any alternate country prescribed in section 241 of the Act.

J 2673 SIEVING
(Signature of Authorized Official)

AFOD
(Title of Official)

2/28/18   FORT SNELLING, MN
(Date and Office Location)

### Certificate of Service

I served this FINAL ADMINISTRATIVE REMOVAL ORDER upon the above named individual.

4-10-2018   FCI - Waseca, MN   0952   in person
(Date, Time, Place and Manner of Service)

J4759 Reller D.O.
(Signature and Title of Officer)

**GOVERNMENT EXHIBIT 1**

Form I-851A (Rev. 08/01/07)